

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

JAN 17 2008

CHAMBERS OF
JUDGE JOHN G. KOELTL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2008

BY HAND DELIVERY
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

*/s/ G. Koeltl*
John G. Koeltl, U.S.D.J.
1/18/07

Re:   United States v. Francisco Perez,
      07 Civ. 11179 (JGK)
      05 Cr. 466 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter to respectfully request an extension of time to respond to the petition in the above-captioned case and referenced by the Court in its Memorandum and Order filed January 8, 2008. For the reasons that follow, the Government requests that the Court extend the time permitted for the Government to file its response to the petition, as set forth in the Court's Memorandum and Order, by thirty days (yielding a due date of April 7, 2008).

The Assistant United States Attorney who has primary responsibility for this case is currently on maternity leave. This Assistant will be returning from leave in approximately three weeks, and will be able to give proper attention to the petition at that time. Due to her superior familiarity with the background of the case, the Government respectfully requests that

The Honorable John G. Koeltl
January 16, 2008
Page 2 of 2

the Court modify its Order to allow for sufficient time for the returning Assistant to handle the response upon her return.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    David S. Leibowitz
    Assistant U.S. Attorney
    (212) 637-1947

cc (by express mail):
    Francisco Perez, # 57647-054
    FCI - Fairton
    P.O. Box 420
    Fairton, NJ 08320